# SEALED FILED

BENJAMIN B. WAGNER
United States Attorney
JARED C. DOLAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2767

FEB 17 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. 2:11-CR-0085 GEB |
| Plaintiff, | ORDER TO SEAL |
| v. | (UNDER SEAL) |
| DONYE MARCELL MITCHELL, SR., | |
| Defendants. | |

The Court hereby orders that the Indictment, the Petition of Assistant U.S. Attorney Jared C. Dolan to Seal Indictment, and this Order, in the above-referenced case, shall be sealed until further order of the Court.

DATED: Feb 17, 2011

~~EDMUND F. BRENNAN~~ KENDALL J. NEWMAN
United States Magistrate Judge

1