BENJAMIN B. WAGNER
United States Attorney
JARED C. DOLAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

FILED
MAR 1 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | D.C. NO. 2:11-CR-085 GEB |
| Plaintiff, ) | |
| ) | APPLICATION AND ORDER |
| v. ) | FOR UNSEALING INDICTMENT |
| ) | |
| DONYE MARCELL MITCHELL, SR., ) | |
| ) | |
| Defendant. ) | |

On February 17, 2011, the indictment was filed in the above-referenced case. Since the defendant has now been arrested, it is no longer necessary for the indictment to be sealed. The government respectfully requests that the indictment be unsealed.

DATED: March 1, 2011

BENJAMIN B. WAGNER
United States Attorney

By: /s/ Jared C. Dolan
JARED C. DOLAN
Assistant U.S. Attorney

ORDER

SO ORDERED:

DATED: March 1, 2011

HON. EDMUND F. BRENNAN
U.S. Magistrate Judge

1