```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
MATTHEW M. SCOBLE, Bar# 237432
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
DONYE MARCELL MITCHELL, SR.
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>DONYE MARCELL MITCHELL, SR.,<br><br>　　　　Defendant.<br>_____ | Cr.S. 11-0085-GEB<br><br>**STIPULATION AND [PROPOSED] ORDER**<br><br>DATE:  June 17, 2011<br>TIME:  9:00 a.m.<br>JUDGE: Hon. Garland E. Burrell Jr. |

　　It is hereby stipulated and agreed to between the United States of America through JARED DOLAN, Assistant U.S. Attorney, and defendant, DONYE MARCELL MITCHELL, SR., by and through his counsel, MATTHEW M. SCOBLE, Assistant Federal Defender, that the status conference set for Friday, June 10, 2011, be continued to Friday, June 17, 2011, at 9:00 a.m..

　　The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

| | |
|---|---|
| 1 | It is further stipulated that the time period from the date of this stipulation, June 6, 2011, through and including the date of the new status conference hearing, June 17, 2011, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161(h)(7)(B)(iv) and Local Code T4 [reasonable time for defense counsel to prepare]. |

DATED: June 6, 2011    Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Matthew M. Scoble
MATTHEW M. SCOBLE
Assistant Federal Defender
Attorney for Defendant
DONYE MARCELL MITCHELL, SR.

DATED: June 6, 2011    BENJAMIN B. WAGNER
United States Attorney

/s/ Matthew M. Scoble
JARED DOLAN
Assistant U.S. Attorney
Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.** Time is excluded from today's date through and including June 17, 2011, in the interests of justice pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) [reasonable time to prepare] and Local Code T4.

Dated: June 7, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge

2