BENJAMIN B. WAGNER
United States Attorney
JARED C. DOLAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2767

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:11-cr-85 GEB |
| Plaintiff, | |
| v. | STIPULATION AND [PROPOSED] ORDER TO SCHEDULE SENTENCING FOR APRIL 13, 2012 |
| DONYE MARCELL MITCHELL, SR. | |
| Defendant. | |

The parties request that the sentencing in this case be rescheduled for April 13, 2012 at 9:00 a.m. in Courtroom 10 before the Honorable Garland E. Burrell, Jr., U.S. District Judge. The parties have confirmed the availability of this date with the Court's clerk.

Respectfully Submitted,

BENJAMIN B. WAGNER
United States Attorney

DATE: March 27, 2012          By:  /s Jared Dolan
                                    JARED C. DOLAN
                                    Assistant U.S. Attorney

Stip and [Proposed] Order to Continue Sentencing
2:11-cr-85 GEB                 1

DATE: March 27, 2012                    /s Jared Dolan for
                                        MATTHEW SCOBLE
                                        Attorney for Defendant


**SO ORDERED.**

Dated:  March 27, 2012


_____
GARLAND E. BURRELL, JR.
United States District Judge

Stip and [Proposed] Order to Continue Sentencing
2:11-cr-85 GEB                        2