IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DONYE MARCELL MITCHELL, SR.,<br><br>    Defendant.<br>_____ | 2:11-cr-00085-GEB<br><br>RELATED CASE ORDER; ORDER<br>SCHEDULING STATUS CONFERENCE |
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>KENNETH KIM PARKS; GREGORY BART MARTIN; MICHAEL RAY TAYLOR, SR.; MICHAEL RAY TAYLOR, JR.; ANDRE ANTONIO WALTERS,<br><br>    Defendants.<br>_____ | 2:12-cr-00375-WBS |

        The United States of America filed a "Notice of Related Cases" on December 7, 2012, in which it states, *inter alia*: "[T]he above-captioned matters are related cases within the meaning of Local Rule 123. These cases involve common questions of law and fact and involve the same event, to wit, a large criminal scheme to defraud the state of unemployment benefits." (ECF No. 33, 1:26-2:1.)

        Examination of the above-entitled actions reveals that they are related within the meaning of Local Rule 123. Under the regular practice of this court, related cases are generally assigned to the

judge to whom the first filed action was assigned. Therefore, action 2:12-cr-00375-WBS is reassigned to the undersigned judge for all further proceedings, and the caption on the reassigned cases shall show the initials "GEB." Further, any date currently set in the reassigned case is VACATED. The Clerk shall make an appropriate adjustment in the assignment of criminal cases to compensate for this reassignment.

      IT IS FURTHER ORDERED that a Status Conference is scheduled to commence at 9:00 a.m. on January 4, 2013, in action 2:12-cr-00375.

Dated: December 11, 2012

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge